UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH MILLER,<br><br>            Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>            Defendant. | No.  1:15-CV-00890 (SKO)<br><br>**JOINT STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Plaintiff shall have an extension of time of forty-five (45) days to serve her Confidential Letter Brief. The new date for Plaintiff's Confidential Letter Brief shall be on or before **February 29, 2016**.

Respectfully submitted,

Dated: February 18, 2016          NEWEL LAW

By:  *Melissa Newel*
Melissa Newel
Attorney for Plaintiff
DEBORAH MILLER

JOINT STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE

Dated: February 18, 2016              BENJAMIN B. WAGNER
                                      United States Attorney
                                      DEBORAH LEE STACHEL
                                      Acting Regional Chief Counsel, Region IX
                                      Social Security Administration

                              By:     Tina Saladino*
                                      TINA SALADINO
                                      (*Authorized by email dated /2016*)
                                      Special Assistant U.S. Attorney
                                      Attorneys for Defendant

## **ORDER**

Based upon the above stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall have an extension of time, up to and including February 29, 2016, to serve the confidential letter brief; and

2. All other deadlines set forth in the Scheduling Order (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:   **February 22, 2016**              **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE