UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH MILLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　　Defendant. | No. 1:15-CV-00890-SKO<br><br>**ORDER GRANTING PLAINTIFF'S AMENDED REQUEST FOR AN EXTENSION OF TIME TO SERVE CONFIDENTIAL LETTER BRIEF** |

　　　Having considered Plaintiff's Amended Request for an Extension of Time to Serve Confidential Letter Brief and the Declaration of Melissa Newel submitted in support thereof (Doc. 17), and in view of Defendant's lack of opposition to Plaintiff's request for an extension, the Court finds that good cause has been shown to warrant granting the request.  Fed. R. Civ. 16(b)(4).

　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff shall have until May 31, 2016, to serve her confidential letter brief.  All other deadlines set forth in the Scheduling Order (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:　__**May 26, 2016**__　　　　　　　　　　　　/s/ *Sheila K. Oberto*　　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE