PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

TINA R SALADINO
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA  94105
Telephone: (415) 977-8991
Fax: (415) 744-0134
Email: Tina.Saladino@ssa.gov

Attorneys for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH J. MILLER,<br><br>     Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br><br>Acting Commissioner of Social Security,<br><br>     Defendant. | Civil No. 1:15-cv-00890-SKO<br><br>ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

Pursuant to the Stipulation of the parties, it is hereby ORDERED this action be remanded to the Commissioner of Social Security for further administrative action consistent with the Stipulation.

IT IS SO ORDERED.

   Dated:   **July 13, 2016**                                **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE